# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JUANITA LAULAND, | |
| Plaintiff, | 2:13-cv-01565-APG-CWH |
| vs. | |
| | **MINUTE ORDER** |
| CREDIT ONE FINANCIAL, | |
| Defendant. | |

The Court has been notified that the parties have reached a settlement agreement.

Accordingly,

IT IS HEREBY ORDERED that the ENE is vacated.

IT IS FURTHER ORDERED that the stipulation to dismiss must be filed on or before April 25, 2014.

DATED this 20th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1