Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUANITA LAULAND,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT ONE FINANCIAL,<br>d.b.a. "Credit One Bank,"<br><br>　　　　　　Defendant. | Case No.:  2:13-cv-01565-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, and by and through their

//
//
//
//
//
//
//

respective counsel, that the above-entitled action shall be dismissed with prejudice in its entirety, each party to bear its/her own fees and costs.

Dated this 3rd day of March, 2014.

**IT IS SO STIPULATED:**

| COHEN & PADDA, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Ruth L. Cohen | /s/ Jill Garcia |
| Ruth L. Cohen | Anthony L. Martin |
| Paul S. Padda | Jill Garcia |
| 4240 West Flamingo Road | Wells Fargo Tower |
| Las Vegas, NV 89103 | Suite 1500 |
| *Attorneys for Plaintiff* | 3800 Howard Hughes Parkway |
| | Las Vegas, NV 89169 |
| | *Attorneys for Defendant Credit One Financial* |

**ORDER**

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

March 4, 2014
_____
Date

17170881.2